HUBBS CORPORATION, Respondent, *v.* MORRIS WAXMAN et al., Individually and as Copartners Doing Business under the Name of Waxman Paper Co., et al., Appellants.

Submitted March 1, 1954; decided March 11, 1954.

*William B. Aronstein* and *Robert Aronstein* for motion.
*Samuel Gottesman* opposed.

Motion dismissed, with $10 costs upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.